THE PENN MUTUAL LIFE INSURANCE COMPANY, Respondent, *v.* EDWIN C. BRADLEY, Appellant.

(Submitted April 16, 1894; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon

an order made January 26, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Rufus Scott* for appellant.

*J. R. & M. B. Jewell* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.